**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48801 |
| | § | |
| MICHAEL T KELLY | § | |
| SHIRLEY JUSTICE-KELLY | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 12/03/2011. The case was converted to one under Chapter 7 on 01/30/2012. The undersigned trustee was appointed on 01/30/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                                    $14,335.36

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $27.98 |
    | Bank service fees | $544.26 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $13,763.12 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/13/2013 and the deadline for filing government claims was 06/13/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,183.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,183.54, for a total compensation of $2,183.54$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/15/2014        By:    /s/ Horace Fox, Jr.
                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 11-48801 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | Date Filed (f) or Converted (c): | 01/30/2012 (c) |
| For the Period Ending: | 5/15/2014 | | §341(a) Meeting Date: | 03/07/2012 |
| | | | Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 8049 S. Wood St Chgo IL | $95,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Costs of sale renders no equity. | | | | | |
| 2 | 525 W, 78th St Chgo IL | $77,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 50% undivided w/ Marion Stallings | | | | | |
| 3 | 7243 s. Albany Ave., Chgo IL | $85,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 50% owner w/ Mrion Stallings | | | | | |
| 4 | 2745 Lancaster Dr. Markham IL | $115,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | fee simple | | | | | |
| 5 | 200 140th Place Dolton IL | $116,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | fee simple cos 11K+ | | | | | |
| 6 | 9431 S. Troy Evergreen Park IL | $135,000.00 | $1,297.34 | OA | $0.00 | FA |
| Asset Notes: | debtor claims homestead exemption he may not be entitled to lived at Troy street 12.2.11 moved to Catalpa 12.4.11 and back to Troy on 3.2.12  Due to buyers market and large number of properties on market and offers well below list price, I beleive there is no equity.  appraised at 31k 3.16.12  Offer of 5,000 more than lien was declined.  Motion to compel trustee to abandon was entered, return earnest money deposit | | | | | |
| 7 | checking acct Joint | $1,735.34 | $0.00 | | $0.00 | FA |
| Asset Notes: | value on C is 3470.86 1/2 belongs to spouse | | | | | |
| 8 | sec dep 3321 W. Catalpa 1 Chgo IL 60625 | $1,372.50 | $1,372.50 | | $0.00 | FA |
| Asset Notes: | used for rent | | | | | |
| 9 | hhgoods laptop, monitor tv dvd player | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 10 | dvd's | $200.00 | $200.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 11-48801 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | | Date Filed (f) or Converted (c): | 01/30/2012 (c) |
| For the Period Ending: | 5/15/2014 | | | §341(a) Meeting Date: | 03/07/2012 |
| | | | | Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11  clothing | $300.00 | $300.00 | | $0.00 | FA |
| 12  2 cameras, husband | $350.00 | $350.00 | | $0.00 | FA |
| **Asset Notes:** 7.27.12 amendment reduced number of cameras from 2 to 1. | | | | | |
| 13  TIAA_CREF Retirement Fund husband | $165,119.05 | $0.00 | | $0.00 | FA |
| 14  2011 Hyundai Sonata hybrid | $18,000.00 | $13,335.36 | | $13,335.36 | FA |
| **Asset Notes:** Debtor will pay 13335 to buy equity this vehicle. Paid 10,000 remainder in post dated checks, follow. There was an overpayment of $833.84 that was refunded back to the debtor. The amount of funds recieved should be 13,335.54 being that it is the amount of money that we have received. | | | | | |
| 15  1977 MG Midget | $2,500.00 | $2,500.00 | | $800.00 | FA |
| **Asset Notes:** Has not run for 2 years and needs a fuel pump. Jaros will offer total of 800.00 for MG 1.23.13 | | | | | |
| 16  3 printers, monitor shredder, 2 hard drives, desk chairs | $500.00 | $500.00 | | $0.00 | FA |
| 17  1 Macbook laptop computer and one video camera (u) | $0.00 | $0.00 | | $0.00 | FA |
| 18  Free standing pinball arcade machine (u) | $0.00 | $200.00 | | $200.00 | FA |
| **Asset Notes:** Did not operate upon inspection. Return 200.00 as being burdensom to administer, since Troy real estate has been ordered abandoned. It would cost more to approve than the value of the offer. Kept 200.00 as purchaser wanted and has taken possession of this asset | | | | | |
| **TOTALS (Excluding unknown value)** | $814,576.89 | $21,055.20 | | $14,335.36 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
Final report to UST 5.9.14
Motion to sell 1.7.14

Claim objection set in court 4.10.14 for objection of secured claim of J P Morgan. Spoke Illiana duplicate filer about withrawing duplicate secon file claim. 3.30.14 Not withdrawn, objection filed, continued to 4.17.14.

Objection to claims 5 and 10 (Illiana Credit Union) were granted.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3   Exhibit A

| Case No.: | 11-48801 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | Date Filed (f) or Converted (c): | 01/30/2012 (c) |
| For the Period Ending: | 5/15/2014 | §341(a) Meeting Date: | 03/07/2012 |
| | | Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Arthur Jaros has an interest in purchasing 9431 S. Troy, Evergreen Park and the 1975 Midget.  I will arrange with debtor's attorney for an inspection.  Continue to May 9, 2012 meeting date for inspections and offers on these items.  Get rent schedules and demand the rent be paid to the estate for all the property that is rented. 3.21.12

A debtor supplied appraisal puts the value of the Troy house at (30,000) far below the mortgage.  Fridays are best for inspection. 3.27.12

Wells Fargo attorney for 9341 Troy, Evergreen Park called asking if I had any interest in that address and I told him a potential buyer had inspected once ( one room inaccessable ) and it had been continued to 6.13.12 for completion of inspection and and written offer on that real estate and the 1975 Midget MG.  Had same conversation with attorney debtor 5.10.12

Debtor abruptly cancelled 2nd inspection of prospective buyer  (Jaros) on day of inspection 5.31.12.  File motion to appoint broker and object to claim of homestead exemption.  Cont. 341 set 6.13.12

Filed objection to homestead exemption claimed on Troy property in Evergreen Park.  Debtor filed motion to strike 341 meeting.  Status held 6.27.12 objection and motion to strike continued to 7.24.12 by agreement.  Discussed setting up re-inspection date, expect written offer by 7.11.12.

Reinspection set up for 7.13.12.  Cancelled reset.

Visited and videotaped 9341 Troy, Evergreen Park along with estimator and contractor for propspective buyer, Art Jaros. 9.20.12

10.10.12 meeting continued to 10.16.12 for Jaros offer on Troy, 1975 Midget MG and pinball machine.

11.13.12 motion to compel trustee to abandon Troy real estate.  10.29.12

Debtor has not yet provided mortgage balance to use in offer on Troy r/e. 11.8.12

Motion to strike 341 meeting; moot, objection to homestead exemption; moot, Jaros request for 2004; denied, debtor motion to abandon, granted.  No new offer presented by Jaros. Return 5,000 earnest money.  Apply 400 to 1975 MG Midget and 200 to arcade machine.  Get approval.12.20.12

Mr. Jaros tendered $5,600. earnest money deposit on Troy property on 11.13.12 to be followed by a proper r/e contract.  All matters continued to 12.6.12 10:00 am

Order entered granting (as moot) debtor motion to compel trustee to abandon Troy parcel.  Initial Troy offer from Jaros rejected.  All matters set 12.18.12

Motion to strike 341 meeting denied as moot.  Motion for 2004 exam denied as moot. 12.18.12

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 4     Exhibit A

| Case No.: | 11-48801 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | Date Filed (f) or Converted (c): | 01/30/2012 (c) |
| For the Period Ending: | 5/15/2014 | | §341(a) Meeting Date: | 03/07/2012 |
| | | | Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Return 5,000 Troy earnest money deposit and 400.00 offer for 1975 MG and 200.00 offer for pinball machine as burdensome since the real estate has been ordered abandoned.1.13.13

Motion by Jaros to alter or amend orders entered 12.18.12 ( abandonment and 2004 exam) set for 1.22.13 Motion to approve Jaros's compensation set 3.7.13

Returned earnest money deposit of $5,000 to Jaros, 1.23.13 awaiting $800 offer on MG 1975 (inoperable).

Received additional 400.00, raising offer to 800.00 on 1975, inoperable MG. 2.26.13

3.1.13 examine claims, send forms 1 and 2 to accountant re taxes.

3.3.13 Examine claims, all before claims bar date, 1 is secured, 2 is priority and 8 and 9 are prior chapter administrative, which look excessive.

Jaros not satisfied with our post petition offer of 2,000.oo to settle fee issue.  We will discuss the pre fee amount prior to trial in attempt to settle. 5.18.13
5.16.13 status on motions continued to trial date(Jaros fees) 5.23.13 at 1:30 pm

No trial necessary in Jaros fee issue, we settled, order due by 6.6.13.

Got higher offer on MG and pinball machine, informed Jaros, withdrew initial motion to approve, filed motion to approve higher offers, set 8.29.13

10.1.13 Jaros inspected and will make an offer on MG Midget.  Need to set up another visit to view arcade, since he was not allowed to view it.
Filed asset report and e-mailed demand letter to debtor's attorney.

Debtor filed objection Jaros motion for 2004 exam request. 8.7.12

Awaiting offer on Troy r/e, 1975 MG Midget and pinball machine from Mr. Jaros. 10.8.10 for cont 341 meeting on 10.10.12.

| Initial Projected Date Of Final Report (TFR): | 03/31/2013 | Current Projected Date Of Final Report (TFR): | 07/30/2014 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-48801 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9571 | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***9572 | | Account Title: | |
| For Period Beginning: | 12/3/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/15/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2012 | (14) | Michael Kelly and Shirley Justice Kelly | 2011 Hyundai Sonata montly settlement payment | 1129-000 | $10,000.00 | | $10,000.00 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.24 | $9,993.76 |
| 04/16/2012 | (14) | Michael and Shirley Justice Kelly | 2011 Hyundai Sonata montly settlement payment | 1129-000 | $833.84 | | $10,827.60 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.69 | $10,811.91 |
| 05/16/2012 | (14) | Michael Kelly and Shirley Kelly | 2011 Hyundai Sonata montly settlement payment | 1129-000 | $833.84 | | $11,645.75 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.09 | $11,627.66 |
| 06/18/2012 | (14) | Michael and Shirley Justice Kelly | 2011 Hyundai Sonata montly settlement payment | 1129-000 | $833.84 | | $12,461.50 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $19.32 | $12,442.18 |
| 07/16/2012 | (14) | Michael and Shirley J. Kelly | 2011 Hyundai Sonata montly settlement payment | 1129-000 | $833.84 | | $13,276.02 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $20.03 | $13,255.99 |
| 08/16/2012 | (14) | Michael and Shirley Kelly | 2011 Hyundai Sonata montly settlement payment. Return on payment of 833.84, plus initial 10000 payment, for grand total of 13335.36, current balance 14,065.59, 9.8.12. Cut a check to debtor in the amount of 833.84 to refund that amount which was 833.84 more than we agreed on. 9.10.12. | 1280-002 | $833.84 | | $14,089.83 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $24.24 | $14,065.59 |
| 09/10/2012 | 5001 | Michael Kelly and Shirley Kelly | 2011 Hyundai Sonata montly settlement payment. Return on payment of 833.84, plus initial 10000 payment, for grand total of 13335.36, current balance 14,065.59, 9.8.12. Cut a check to debtor in the amount of 833.84 to refund that amount which was 833.84 more than we agreed on. 9.10.12. | 1280-002 | ($833.84) | | $13,231.75 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $19.16 | $13,212.59 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.32 | $13,191.27 |

| | | | | **SUBTOTALS** | $13,335.36 | $144.09 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-48801 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9571 | | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***9572 | | | Account Title: | |
| For Period Beginning: | 12/3/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/15/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/13/2012 | | Citibank/Arthur G Jaros | Liquidation of Personal property for free standing pinball machine(200) 1977 MG Midget, (400) with to come)and property address-9431 S. Troy Evergreen Park IL. (5000) | * | $5,600.00 | | $18,791.27 |
| | {18} | | $200.00 | 1229-000 | | | $18,791.27 |
| | {15} | | $400.00 | 1241-000 | | | $18,791.27 |
| | {6} | | $5,000.00 | 1110-000 | | | $18,791.27 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.51 | $18,763.76 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.32 | $18,735.44 |
| 01/21/2013 | 5002 | Arthur G. Jaros, Jr. | Personal property for free standing pinball machine $200, 1977 MG Midget $400, and property address-9431 S. Troy Evergreen Park IL $5k. | 7200-000 | | $5,600.00 | $13,135.44 |
| 01/23/2013 | 5003 | Arthur G. Jaros, Jr. | Personal property for free standing pinball machine $200, 1977 MG Midget $400, and property address-9431 S. Troy Evergreen Park IL $5k.  Court entered order compelling abandonment of the 9431 S. Troy Evergreen Park address.  Debtor will increase offer on personal property to make it meaningful to the estate.  Earnest money for Troy property returned due to entry of abandonment | 1110-000 | ($5,000.00) | | $8,135.44 |
| 01/23/2013 | 5002 | VOID: Arthur G. Jaros, Jr. | 5,000 earnest money deposit on Troy r/e | 7200-003 | | ($5,600.00) | $13,735.44 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $30.23 | $13,705.21 |
| 02/05/2013 | 5004 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $16.26 | $13,688.95 |
| 02/25/2013 | (15) | Arthur G. Jaros JR | 1977 MG Midget vehicle payment. | 1241-000 | $400.00 | | $14,088.95 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $27.05 | $14,061.90 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.69 | $14,039.21 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.92 | $14,017.29 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $24.07 | $13,993.22 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.39 | $13,972.83 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.54 | $13,950.29 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $23.96 | $13,926.33 |
| | | | **SUBTOTALS** | | $1,000.00 | $264.94 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 11-48801 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9571 | | | **Checking Acct #:** | ******0101 |
| **Co-Debtor Taxpayer ID #:** | **-***9572 | | | **Account Title:** | |
| **For Period Beginning:** | 12/3/2011 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/15/2014 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.29 | $13,906.04 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.44 | $13,883.60 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.40 | $13,861.20 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.64 | $13,839.56 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.77 | $13,815.79 |
| 03/03/2014 | | Green Bank | Bank Service Fee for February | 2600-000 | | $20.13 | $13,795.66 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.82 | $13,774.84 |
| 04/01/2014 | 5005 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $11.72 | $13,763.12 |
| | | | **TOTALS:** | | $14,335.36 | $572.24 | $13,763.12 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $14,335.36 | $572.24 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $14,335.36 | $572.24 | |

| For the period of 12/3/2011 to 5/15/2014 | | For the entire history of the account between 03/20/2012 to 5/15/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,335.36 | Total Compensable Receipts: | $14,335.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,335.36 | Total Comp/Non Comp Receipts: | $14,335.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $572.24 | Total Compensable Disbursements: | $572.24 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $572.24 | Total Comp/Non Comp Disbursements: | $572.24 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-48801 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9571 | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***9572 | | Account Title: | |
| For Period Beginning: | 12/3/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/15/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $14,335.36 | $572.24 | $13,763.12 |

**For the period of 12/3/2011 to 5/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $14,335.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,335.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $572.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $572.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/30/2012 to 5/15/2014**

| | |
|---|---|
| Total Compensable Receipts: | $14,335.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,335.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $572.24 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $572.24 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT

Page No: 1    Exhibit C

| Case No.: | 11-48801 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | | Date: | 5/15/2014 |
| Claims Bar Date: | 06/13/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe Suite 1004 Chicago IL 60603 | 12/02/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,183.54 | $2,183.54 | $0.00 | $0.00 | $0.00 | $2,183.54 |
| * 1 | JPMORGAN CHASE BANK N.A. C/O Mary Lautenbach JPMorgan Chase Bank N.A. 201 N Central Ave Mail Code: AZ1-1191 Phoenix AZ 85004 | 12/16/2011 | Real Estate - Consensual Liens | Disallowed | 4110-000 | $0.00 | $7,964.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Claim Notes:   (1-1) 2006 Scion - xA Claim on collateral soley owned by spouse, who did not convert to ch 7.  Trustee sold no collateral secured by this lien.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | ARTHUR G. JAROS, JR. d/b/a/ Law Office of Arthur G Jaros Jr 1200 Harger Road Suite 830 Oak Brook IL 60523 | 06/11/2012 | Attorney for Debtor Fees | Allowed | 3701-000 | $0.00 | $20,017.22 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |

Claim Notes:   (9-1) Pre- and Post-Petition Admin Exp Claim of Debtor&#039;s Ch 13 Attorney, see docket 207 agreeing to 3,000 for all compensation to Mr./ Jaros.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BRUCE DE 'MEDICI 834 Forest Street Oak Park IL 60302 | 04/18/2014 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $21,632.50 | $21,632.50 | $0.00 | $0.00 | $0.00 | $21,632.50 |
| 2 | DEPARTMENT OF THE TREASURY Internal Revenue Service POB 7346 Philadelphis PA 19101-7346 | 12/23/2011 | Claims of Governmental Units - 507( | Allowed | 5800-000 | $0.00 | $2,025.42 | $2,025.42 | $0.00 | $0.00 | $0.00 | $2,025.42 |

* There is an objection filed for this claim

CLAIM ANALYSIS REPORT

| Case No.: | 11-48801 | | | | | | | Trustee Name: | Horace Fox, Jr. | | |
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | | | | | | Date: | 5/15/2014 | | |
| Claims Bar Date: | 06/13/2013 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | ILLIANA FINANCIAL<br><br>POB 1249<br>Calumet City IL 60409 | 12/28/2011 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $6,967.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Mr. Sobek, Illiana Fiancial said he would withdraw the earlier claim, since claim ten is the correct amount. 1.15.14  Called Mr. Sobek again 708-891-7800, left voicemail to withdraw first filed claim b/c later is correct amount. 2.11.14

Dissallowed 4.17.14

| 4 | CITY OF CHICAGO DEPARTMENT OF REVENUE<br>c/o Arnold Scott Harris PC.<br>222 Merchandise Mart Plaza #1932<br>Chicago IL 60654 | 01/05/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $412.80 | $412.80 | $0.00 | $0.00 | $0.00 | $412.80 |
| * 5 | ILLIANA FINANCIAL<br><br>POB 1249<br>Calumet City IL 60409 | 03/20/2012 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $6,946.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** claim 5 disallowed, 4.17.14

| 6 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 03/22/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,158.33 | $1,158.33 | $0.00 | $0.00 | $0.00 | $1,158.33 |
| 7 | VANTIUM CAPITAL, INC.<br>7880 Bent Branch Dr., Suite 150<br>Irving TX 75063 | 06/01/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,415.64 | $8,415.64 | $0.00 | $0.00 | $0.00 | $8,415.64 |

* There is an objection filed for this claim

## CLAIM ANALYSIS REPORT

| Case No.: | 11-48801 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | Date: | 5/15/2014 |
| Claims Bar Date: | 06/13/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | ARTHUR G. JAROS, JR.<br><br>d/b/a/ Law Office of Arthur G Jaros Jr<br>1200 Harger Road<br>Suite 830<br>Oak Brook IL 60523 | 06/11/2012 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,897.06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (8-1) Proof of Claim for Pre-petition Services rendered by Ch 13 Debtor&#039;s Attorney, 13 pre petition administrative claim

Due to settlement of Jaros, dkt 207, Jaros agreed to accept $3,000 for his compensation, whether pre or post petition.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * 10 | ILLIANA FINANCIAL CREDIT UNION<br>1600 Huntington Drive<br>Calumet City IL 60409 | 03/26/2013 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $6,946.62 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | **$94,568.09** | **$38,828.23** | **$0.00** | **$0.00** | **$0.00** | | **$38,828.23** |

* There is an objection filed for this claim

CLAIM ANALYSIS REPORT

Page No: 4  Exhibit C

| Case No. | 11-48801 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | Date: | 5/15/2014 |
| Claims Bar Date: | 06/13/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Debtor Fees | $20,017.22 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| Attorney for Trustee Fees (Other Firm) | $21,632.50 | $21,632.50 | $0.00 | $0.00 | $0.00 | $21,632.50 |
| Claims of Governmental Units - 507( | $2,025.42 | $2,025.42 | $0.00 | $0.00 | $0.00 | $2,025.42 |
| General Unsecured 726(a)(2) | $40,744.46 | $9,986.77 | $0.00 | $0.00 | $0.00 | $9,986.77 |
| Real Estate - Consensual Liens | $7,964.95 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $2,183.54 | $2,183.54 | $0.00 | $0.00 | $0.00 | $2,183.54 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      11-48801
Case Name:     MICHAEL T KELLY
               SHIRLEY JUSTICE-KELLY
Trustee Name:  Horace Fox, Jr.

                                    Balance on hand:           $13,763.12

Claims of secured creditors will be paid as follows:

                       Total to be paid to secured creditors:        $0.00
                                           Remaining balance:   $13,763.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $2,183.54 | $0.00 | $2,183.54 |
| Bruce de 'Medici, Attorney for Trustee Fees | $21,632.50 | $0.00 | $8,579.58 |
| Other: Arthur G. Jaros, Jr., Attorney for Debtor Fees | $3,000.00 | $0.00 | $3,000.00 |

              Total to be paid for chapter 7 administrative expenses:   $13,763.12
                                               Remaining balance:            $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

              Total to be paid to prior chapter administrative expenses:     $0.00
                                               Remaining balance:            $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,025.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|---|
| | | | | |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 2 | Department of the Treasury | $2,025.42 | $0.00 | $0.00 |

          Total to be paid to priority claims:    $0.00
          Remaining balance:    $0.00

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $9,986.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 4 | City of Chicago Department of Revenue | $412.80 | $0.00 | $0.00 |
| 6 | PYOD LLC its successors and assigns as assignee of | $1,158.33 | $0.00 | $0.00 |
| 7 | Vantium Capital, Inc. | $8,415.64 | $0.00 | $0.00 |
| 8 | Arthur G. Jaros, Jr. | $0.00 | $0.00 | $0.00 |

          Total to be paid to timely general unsecured claims:    $0.00
          Remaining balance:    $0.00

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

          Total to be paid to tardily filed general unsecured claims:    $0.00
          Remaining balance:    $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**