**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48801 |
| | § | |
| MICHAEL T KELLY | § | |
| SHIRLEY JUSTICE-KELLY | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/10/2014, in Courtroom 644, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/19/2014           By:  /s/ Horace Fox, Jr.
                                              Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-48801 |
| | § | |
| MICHAEL T KELLY | § | |
| SHIRLEY JUSTICE-KELLY | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $14,335.36
*and approved disbursements of*      $572.24
*leaving a balance on hand of*[1] :      $13,763.12

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:      $0.00
Remaining balance:      $13,763.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $2,183.54 | $0.00 | $2,183.54 |
| Bruce de 'Medici, Attorney for Trustee Fees | $21,632.50 | $0.00 | $8,579.58 |
| Other: Arthur G. Jaros, Jr., Attorney for Debtor Fees | $3,000.00 | $0.00 | $3,000.00 |

Total to be paid for chapter 7 administrative expenses:      $13,763.12
Remaining balance:      $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,025.42 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of the Treasury | $2,025.42 | $0.00 | $0.00 |

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,986.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | City of Chicago Department of Revenue | $412.80 | $0.00 | $0.00 |
| 6 | PYOD LLC its successors and assigns as assignee of | $1,158.33 | $0.00 | $0.00 |
| 7 | Vantium Capital, Inc. | $8,415.64 | $0.00 | $0.00 |
| 8 | Arthur G. Jaros, Jr. | $0.00 | $0.00 | $0.00 |

| | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-48801-PSH
Michael T Kelly                                                       Chapter 7
Shirley Justice-Kelly
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 2           Date Rcvd: May 20, 2014
                              Form ID: pdf006           Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2014.
```
db/jdb     +Michael T Kelly,    Shirley Justice-Kelly,    9431 South Troy Avenue,
             Evergreen Park, IL 60805-2331
18133447    Advocate Health Care,    P.O.Box 4256,    Carol Stream, IL 60197-4256
19021958   +Arthur G. Jaros, Jr.,    d/b/a/ Law Office of Arthur G Jaros Jr,    1200 Harger Road,    Suite 830,
             Oak Brook, IL 60523-1835
18133450   +BAC Home Lns,    450 American St.,    Simi Valley, CA 93065-6285
18133451    BAC Home Lns 450,    American St. Simi Valley,    Simi Valey, CA
18133452  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235)
18133453   +CBSC,   PO Box 69,   Columbus, OH 43216-0069
18133454   +Chase,    2901 Kinwest Parkway,    Irving, TX 75063-5815
18133455    Chase,    P.O. Box 469030,    Denver, CO 80246-9030
18133457   +Chase Bank,    P.O.Box 24696,    Columbus, OH 43224-0696
18290732   +City Chicago,    POB 6330,    Dept of Revenue-Water Division,    Chicago, IL 60680-6330
18455816   #+City of Chicago,    Dept of Revenue,    33 N LaSalle Street 700,    Chicago, IL 60602-3421
18455815    City of Chicago,    Dept of Revenue/Water Div,    POB 6330,    Chicago, IL 60680-6330
18133458   +City of Chicago,    Department of Revenue,    Chicago, IL
18331642   +City of Chicago Department of Revenue,    c/o Arnold Scott Harris PC.,
             222 Merchandise Mart Plaza #1932,    Chicago, IL 60654-1420
18290733   +Cook County Treasurer,    POB 4488,    Carol Stream, IL 60197-4488
18133459   #+Dyck-ONeal Inc.,    15301 Spectrum Drive,    Addison, TX 75001-6436
18133460   +Harris & Harris,    222 Merchandise Mart,    Plaza Suite 1900,    Chicago, IL 60654-1103
18133462   +ICS,   P.O.Box 1010,    Tinley Park, IL 60477-9110
18133464  ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court: Illinois Department of Revenue,    P.O. Box 19035,
             Springfield, IL 62794)
18307283   +Illiana Financial,    POB 1249,    Calumet City, IL 60409-1249
18133463   +Illiana Financial Credit Union,    1600 Huntington Drive,    Calumet City, IL 60409-5490
18290734   +Latrice Simmons,    200 E 140th Place,    Dolton, IL 60419-1102
18133467   +Marian Stallings and Conner Moore,    9431 S.Troy,    Evergreen Park, IL 60805-2331
18133468   +Marquette Bank,    6316 South Western Avenue,    Chicago, IL 60636-2491
18133469   +Millennium Credit Consultants,    PO ox 18160,    Saint Paul, MN 55118-0160
18290735   +Quality Real Estate,    3344 W Foster Ave,    Chicago, IL 60625-4830
18133470   +Quantum Servicing Corp,    P.O. Box 1838,    Columbus, OH 43216-1838
18133471   +RMS,   77 Hartland Street, Suite 401,    PO Box 28043,    East Hartford, CT 06108-3253
18290736   +Ruby German,    7243 S Albany,    Chicago, IL 60629-3056
18133474    Swedish Covenant Hospital,    Paysphere Circle,    Chicago, IL 60674-0037
18133475   #+The Bureaus,    1717 Central Street,    Evanston, IL 60201-1507
18133476    The Home Depot/CBSD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
18988277   #+Vantium Capital, Inc.,    7880 Bent Branch Dr., Suite 150,    Irving, TX 75063-6045
18133477   +Vericrest Financial,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
18133478   +Verizon Wireless,    P.O.Box 660108,    Dallas, TX 75266-0108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18133449    +E-mail/PDF: recoverybankruptcy@afninet.com May 21 2014 00:19:35     AFNI, Inc.,   1310 MLK Drive,
             PO Box 3517,   Bloomington, IL 61702-3517
18133448     E-mail/Text: amccoyams@yahoo.com May 21 2014 00:17:28     Affiliated Management Service,
             5651 Broadmoor Street,   Mission, KS 66202-2407
18133456     E-mail/Text: bk.notifications@jpmchase.com May 21 2014 00:17:11     Chase Auto Finance,
             P.O. Box 78067,   Phoenix, AZ 85062-8067
18133465     E-mail/Text: cio.bncmail@irs.gov May 21 2014 00:17:03     Department of the Treasury,
             Internal Revenue Service,   POB 7346,   Philadelphis, PA 19101-7346
18133461    +E-mail/Text: Bankruptcy@icsystem.com May 21 2014 00:17:26     IC System,   P.O. Box 64378,
             Saint Paul, MN 55164-0378
18260677    +E-mail/Text: bk.notifications@jpmchase.com May 21 2014 00:17:11     JPMorgan Chase Bank N.A.,
             C/O Mary Lautenbach,    JPMorgan Chase Bank N.A.,   201 N Central Ave Mail Code: AZ1-1191,
             Phoenix, AZ 85004-0073
18662494    +E-mail/PDF: resurgentbknotifications@resurgent.com May 21 2014 00:19:36
             PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
             c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
18133473    +E-mail/Text: bankruptcy@sw-credit.com May 21 2014 00:17:25     Southwest Credit Systems,
             4120 International Parkway,    Suite 1100,   Carrollton, TX 75007-1958
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18331644*   +City of Chicago Department of Revenue,    c/o Arnold Scott Harris PC.,
             222 Merchandise Mart Plaza #1932,    Chicago, IL 60654-1420
18133472*   +Shirley Justice-Kelly,    9431 South Troy Avenue,    Evergreen Park, IL 60805-2331
```

```
District/off: 0752-1           User: mmyers              Page 2 of 2                  Date Rcvd: May 20, 2014
                               Form ID: pdf006           Total Noticed: 44
```

18133466   ##+Marian Stallings,   9431 South Troy Avenue,   Evergreen Park, IL 60805-2331
                                                                                    TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2014 at the address(es) listed below:
              Abraham  Brustein, ESQ   on behalf of Joint Debtor Shirley  Justice-Kelly
               abrustein@dimonteandlizak.com,   jjarke@dimontelaw.com
              Abraham  Brustein, ESQ   on behalf of Debtor Michael T Kelly abrustein@dimonteandlizak.com,
               jjarke@dimontelaw.com
              Arthur G. Jaros, Jr.   on behalf of Creditor Arthur G. Jaros, Jr agjlaw@earthlink.net,
               gatzb@earthlink.net
              Bruce E de'Medici   on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Dana N O'Brien   on behalf of Creditor   Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP FKA Countrywide Home Loans Servicing LP dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Darren L Besic   on behalf of Creditor   JPMorgan Chase Bank, NA dbesic@aol.com,
               nancy@dbesiclaw.com
              Heather M Giannino   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               LSF6 Mercury REO Investments Trust Series 2008-1, by Vericrest Financial, Inc., as
               attorney-in-fact bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
              Horace  Fox, JR    foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com;mmedina@lehmanfox.com
              Joel P Fonferko   on behalf of Creditor   JPMorgan Chase Bank, National Association
               ND-One@il.cslegal.com
              Joel P Fonferko   on behalf of Creditor   JPMorgan Chase Bank, NA ND-One@il.cslegal.com
              Julia Jensen Smolka   on behalf of Joint Debtor Shirley  Justice-Kelly jjensen@dimonteandlizak.com
              Julia Jensen Smolka   on behalf of Debtor Michael T Kelly jjensen@dimonteandlizak.com
              Lydia Y Siu   on behalf of Creditor   JPMorgan Chase Bank, National Association
               lsiu@atty-pierce.com,   northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 14