**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-48801 |
| | § | |
| MICHAEL T KELLY | § | |
| SHIRLEY JUSTICE-KELLY | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $612,222.50 | Assets Exempt: | $187,518.85 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $23,876.75 |
| Total Expenses of Administration: | $14,335.36 | | |

3) Total gross receipts of $14,335.36 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $14,335.36 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $7,964.95 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $44,405.50 | $27,388.28 | $14,335.36 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $2,025.42 | $2,025.42 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $18,972.48 | $40,744.46 | $9,986.77 | $0.00 |
| **Total Disbursements** | $18,972.48 | $95,140.33 | $39,400.47 | $14,335.36 |

4). This case was originally filed under chapter 13 on 12/03/2011. The case was converted to one under Chapter 7 on 01/30/2012. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/23/2014     By:  /s/ Horace Fox, Jr.
                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 9431 S. TroyEvergreen Park IL | 1110-000 | $0.00 |
| 2011 Hyundai Sonata hybrid | 1129-000 | $13,335.36 |
| Free standing pinball arcade machine | 1229-000 | $200.00 |
| 1977 MG Midget | 1241-000 | $800.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,335.36** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank N.A. | 4110-000 | $0.00 | $7,964.95 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$7,964.95** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $2,183.54 | $2,183.54 | $2,183.54 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $11.72 | $11.72 | $11.72 |
| International Sureties, Ltd. | 2300-000 | NA | $16.26 | $16.26 | $16.26 |
| Green Bank | 2600-000 | NA | $544.26 | $544.26 | $544.26 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $21,632.50 | $21,632.50 | $8,579.58 |
| Arthur G. Jaros, Jr., Attorney for Debtor | 3701-000 | NA | $20,017.22 | $3,000.00 | $3,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$44,405.50** | **$27,388.28** | **$14,335.36** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 2 | Department of the Treasury | 5800-000 | $0.00 | $2,025.42 | $2,025.42 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,025.42 | $2,025.42 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 3 | Illiana Financial | 7100-000 | $7,107.92 | $6,967.39 | $0.00 | $0.00 |
| 4 | City of Chicago Department of Revenue | 7100-000 | $0.00 | $412.80 | $412.80 | $0.00 |
| 5 | Illiana Financial | 7100-000 | $0.00 | $6,946.62 | $0.00 | $0.00 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | $0.00 | $1,158.33 | $1,158.33 | $0.00 |
| 7 | Vantium Capital, Inc. | 7100-000 | $0.00 | $8,415.64 | $8,415.64 | $0.00 |
| 8 | Arthur G. Jaros, Jr. | 7100-000 | $0.00 | $9,897.06 | $0.00 | $0.00 |
| 10 | Illiana Financial Credit Union | 7100-000 | $0.00 | $6,946.62 | $0.00 | $0.00 |
| | ADVOCATE HEALTH CENTER | 7100-000 | $240.00 | $0.00 | $0.00 | $0.00 |
| | AFFILIATED MANAGEMENT SERVICES | 7100-000 | $465.00 | $0.00 | $0.00 | $0.00 |
| | AFINI, INC. | 7100-000 | $170.13 | $0.00 | $0.00 | $0.00 |
| | BANK OF AMERICA | 7100-000 | $540.00 | $0.00 | $0.00 | $0.00 |
| | CBSC | 7100-000 | $684.73 | $0.00 | $0.00 | $0.00 |
| | CBSC | 7100-000 | $171.94 | $0.00 | $0.00 | $0.00 |
| | CITY OF CHICAGO | 7100-000 | $122.00 | $0.00 | $0.00 | $0.00 |
| | CITY OF CHICAGO | 7100-000 | $292.80 | $0.00 | $0.00 | $0.00 |
| | CITY OF CHICAGO | 7100-000 | $120.00 | $0.00 | $0.00 | $0.00 |
| | Harris & Harris | 7100-000 | $2,266.40 | $0.00 | $0.00 | $0.00 |
| | Harris & Harris | 7100-000 | $618.40 | $0.00 | $0.00 | $0.00 |
| | IC Systems | 7100-000 | $2,203.00 | $0.00 | $0.00 | $0.00 |
| | ICS | 7100-000 | $308.54 | $0.00 | $0.00 | $0.00 |
| | Marquette Bank | 7100-000 | $580.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Millennium Credit Consultants | 7100-000 | $498.65 | $0.00 | $0.00 | $0.00 |
| RMS | 7100-000 | $320.68 | $0.00 | $0.00 | $0.00 |
| Southwest Credit Systems | 7100-000 | $1,439.49 | $0.00 | $0.00 | $0.00 |
| Swedish Covenant Hospital | 7100-000 | $441.21 | $0.00 | $0.00 | $0.00 |
| The Bureaus | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| The Home Depot | 7100-000 | $141.00 | $0.00 | $0.00 | $0.00 |
| Verizon Wireless | 7100-000 | $140.59 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $18,972.48 | $40,744.46 | $9,986.77 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 11-48801 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | Date Filed (f) or Converted (c): | 01/30/2012 (c) |
| For the Period Ending: | 7/23/2014 | §341(a) Meeting Date: | 03/07/2012 |
| | | Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  8049 S. Wood St  Chgo IL | $95,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Costs of sale renders no equity. | | | | | |
| 2  525 W, 78th St  Chgo IL | $77,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** 50% undivided w/ Marion Stallings | | | | | |
| 3  7243 s. Albany Ave.,  Chgo IL | $85,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** 50% owner w/ Mrion Stallings | | | | | |
| 4  2745 Lancaster Dr.  Markham IL | $115,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** fee simple | | | | | |
| 5  200 140th Place  Dolton IL | $116,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** fee simple  cos 11K+ | | | | | |
| 6  9431 S. Troy  Evergreen Park IL | $135,000.00 | $1,297.34 | OA | $0.00 | FA |
| **Asset Notes:** debtor claims homestead exemption he may not be entitled to lived at Troy street 12.2.11 moved to Catalpa 12.4.11 and back to Troy on 3.2.12  Due to buyers market and large number of properties on market and offers well below list price, I beleive there is no equity.  appraised at 31k 3.16.12  Offer of 5,000 more than lien was declined.  Motion to compel trustee to abandon was entered, return earnest money deposit | | | | | |
| 7  checking acct Joint | $1,735.34 | $0.00 | | $0.00 | FA |
| **Asset Notes:** value on C is 3470.86 1/2 belongs to spouse | | | | | |
| 8  sec dep 3321 W. Catalpa 1  Chgo IL 60625 | $1,372.50 | $1,372.50 | | $0.00 | FA |
| **Asset Notes:** used for rent | | | | | |
| 9  hhgoods laptop, monitor tv dvd player | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 10  dvd's | $200.00 | $200.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2      Exhibit 8

| Case No.: | 11-48801 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | Date Filed (f) or Converted (c): | 01/30/2012 (c) |
| For the Period Ending: | 7/23/2014 | | §341(a) Meeting Date: | 03/07/2012 |
| | | | Claims Bar Date: | 06/13/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11 | clothing | $300.00 | $300.00 | | $0.00 | FA |
| 12 | 2 cameras, husband | $350.00 | $350.00 | | $0.00 | FA |
| **Asset Notes:** | 7.27.12 amendment reduced number of cameras from 2 to 1. | | | | | |
| 13 | TIAA_CREF Retirement Fund husband | $165,119.05 | $0.00 | | $0.00 | FA |
| 14 | 2011 Hyundai Sonata hybrid | $18,000.00 | $13,335.36 | | $13,335.36 | FA |
| **Asset Notes:** | Debtor will pay 13335 to buy equity this vehicle. Paid 10,000 remainder in post dated checks, follow. There was an overpayment of $833.84 that was refunded back to the debtor. The amount of funds recieved should be 13,335.54 being that it is the amount of money that we have received. | | | | | |
| 15 | 1977 MG Midget | $2,500.00 | $2,500.00 | | $800.00 | FA |
| **Asset Notes:** | Has not run for 2 years and needs a fuel pump. Jaros will offer total of 800.00 for MG 1.23.13 | | | | | |
| 16 | 3 printers, monitor shredder, 2 hard drives, desk chairs | $500.00 | $500.00 | | $0.00 | FA |
| 17 | 1 Macbook laptop computer and one video camera (u) | $0.00 | $0.00 | | $0.00 | FA |
| 18 | Free standing pinball arcade machine (u) | $0.00 | $200.00 | | $200.00 | FA |
| **Asset Notes:** | Did not operate upon inspection. Return 200.00 as being burdensom to administer, since Troy real estate has been ordered abandoned. It would cost more to approve than the value of the offer. Kept 200.00 as purchaser wanted and has taken possession of this asset | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                               **Gross Value of Remaining Assets**

                                        $814,576.89              $21,055.20                                        $14,335.36                   $0.00

**Major Activities affecting case closing:**

Final report, fees and detail filed 5.19.14, set 6.10.14 (checks cut) 10:30 am Hollis J.

Zero balance do final account. 7.8.14

Final report to UST 5.9.14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit 8

| Case No.: | 11-48801 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | Date Filed (f) or Converted (c): | 01/30/2012 (c) |
| For the Period Ending: | 7/23/2014 | | §341(a) Meeting Date: | 03/07/2012 |
| | | | Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Motion to sell 1.7.14

Claim objection set in court 4.10.14 for objection of secured claim of J P Morgan.    Spoke Illiana duplicate filer about withrawing duplicate secon file claim.  3.30.14  Not withdrawn, objection filed, continued to 4.17.14.

Objection to claims 5 and 10 (Illiana Credit Union) were granted.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4   Exhibit 8

| Case No.: | 11-48801 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | Date Filed (f) or Converted (c): | 01/30/2012 (c) |
| For the Period Ending: | 7/23/2014 | §341(a) Meeting Date: | 03/07/2012 |
|  |  | Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Arthur Jaros has an interest in purchasing 9431 S. Troy, Evergreen Park and the 1975 Midget. I will arrange with debtor's attorney for an inspection. Continue to May 9, 2012 meeting date for inspections and offers on these items. Get rent schedules and demand the rent be paid to the estate for all the property that is rented. 3.21.12

A debtor supplied appraisal puts the value of the Troy house at (30,000) far below the mortgage. Fridays are best for inspection. 3.27.12

Wells Fargo attorney for 9341 Troy, Evergreen Park called asking if I had any interest in that address and I told him a potential buyer had inspected once ( one room inaccessable ) and it had been continued to 6.13.12 for completion of inspection and and written offer on that real estate and the 1975 Midget MG. Had same conversation with attorney debtor 5.10.12

Debtor abruptly cancelled 2nd inspection of prospective buyer (Jaros) on day of inspection 5.31.12. File motion to appoint broker and object to claim of homestead exemption. Cont. 341 set 6.13.12

Filed objection to homestead exemption claimed on Troy property in Evergreen Park. Debtor filed motion to strike 341 meeting. Status held 6.27.12 objection and motion to strike continued to 7.24.12 by agreement. Discussed setting up re-inspection date, expect written offer by 7.11.12.

Reinspection set up for 7.13.12. Cancelled reset.

Visited and videotaped 9341 Troy, Evergreen Park along with estimator and contractor for propspective buyer, Art Jaros. 9.20.12

10.10.12 meeting continued to 10.16.12 for Jaros offer on Troy, 1975 Midget MG and pinball machine.

11.13.12 motion to compel trustee to abandon Troy real estate. 10.29.12

Debtor has not yet provided mortgage balance to use in offer on Troy r/e. 11.8.12

Motion to strike 341 meeting; moot, objection to homestead exemption; moot, Jaros request for 2004; denied, debtor motion to abandon, granted. No new offer presented by Jaros. Return 5,000 earnest money. Apply 400 to 1975 MG Midget and 200 to arcade machine. Get approval.12.20.12

Mr. Jaros tendered $5,600. earnest money deposit on Troy property on 11.13.12 to be followed by a proper r/e contract. All matters continued to 12.6.12 10:00 am

Order entered granting (as moot) debtor motion to compel trustee to abandon Troy parcel. Initial Troy offer from Jaros rejected. All matters set 12.18.12

Motion to strike 341 meeting denied as moot. Motion for 2004 exam denied as moot. 12.18.12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 5    Exhibit 8

| Case No.: | 11-48801 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | Date Filed (f) or Converted (c): | 01/30/2012 (c) |
| For the Period Ending: | 7/23/2014 | | §341(a) Meeting Date: | 03/07/2012 |
| | | | Claims Bar Date: | 06/13/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Return 5,000 Troy earnest money deposit and 400.00 offer for 1975 MG and 200.00 offer for pinball machine as burdensome since the real estate has been ordered abandoned.1.13.13

Motion by Jaros to alter or amend orders entered 12.18.12 ( abandonment and 2004 exam) set for 1.22.13 Motion to approve Jaros's compensation set 3.7.13

Returned earnest money deposit of $5,000 to Jaros, 1.23.13 awaiting $800 offer on MG 1975 (inoperable).

Received additional 400.00, raising offer to 800.00 on 1975, inoperable MG. 2.26.13

3.1.13 examine claims, send forms 1 and 2 to accountant re taxes.

3.3.13 Examine claims, all before claims bar date, 1 is secured, 2 is priority and 8 and 9 are prior chapter administrative, which look excessive.

Jaros not satisfied with our post petition offer of 2,000.oo to settle fee issue.  We will discuss the pre fee amount prior to trial in attempt to settle. 5.18.13
5.16.13 status on motions continued to trial date(Jaros fees) 5.23.13 at 1:30 pm

No trial necessary in Jaros fee issue, we settled, order due by 6.6.13.

Got higher offer on MG and pinball machine, informed Jaros, withdrew initial motion to approve, filed motion to approve higher offers, set 8.29.13

10.1.13 Jaros inspected and will make an offer on MG Midget.  Need to set up another visit to view arcade, since he was not allowed to view it.
Filed asset report and e-mailed demand letter to debtor's attorney.

Debtor filed objection Jaros motion for 2004 exam request. 8.7.12

Awaiting offer on Troy r/e, 1975 MG Midget and pinball machine from Mr. Jaros. 10.8.10 for cont 341 meeting on 10.10.12.

| Initial Projected Date Of Final Report (TFR): | 03/31/2013 | Current Projected Date Of Final Report (TFR): | 07/30/2014 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-48801 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9571 | | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***9572 | | | Account Title: | |
| For Period Beginning: | 12/3/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/23/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2012 | (14) | Michael Kelly and Shirley Justice Kelly | 2011 Hyundai Sonata montly settlement payment | 1129-000 | $10,000.00 | | $10,000.00 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.24 | $9,993.76 |
| 04/16/2012 | (14) | Michael and Shirley Justice Kelly | 2011 Hyundai Sonata montly settlement payment | 1129-000 | $833.84 | | $10,827.60 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $15.69 | $10,811.91 |
| 05/16/2012 | (14) | Michael Kelly and Shirley Kelly | 2011 Hyundai Sonata montly settlement payment | 1129-000 | $833.84 | | $11,645.75 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $18.09 | $11,627.66 |
| 06/18/2012 | (14) | Michael and Shirley Justice Kelly | 2011 Hyundai Sonata montly settlement payment | 1129-000 | $833.84 | | $12,461.50 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $19.32 | $12,442.18 |
| 07/16/2012 | (14) | Michael and Shirley J. Kelly | 2011 Hyundai Sonata montly settlement payment | 1129-000 | $833.84 | | $13,276.02 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $20.03 | $13,255.99 |
| 08/16/2012 | (14) | Michael and Shirley Kelly | 2011 Hyundai Sonata montly settlement payment. Return on payment of 833.84, plus initial 10000 payment, for grand total of 13335.36, current balance 14,065.59, 9.8.12.  Cut a check to debtor in the amount of 833.84 to refund that amount which was 833.84 more than we agreed on. 9.10.12. | 1280-002 | $833.84 | | $14,089.83 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $24.24 | $14,065.59 |
| 09/10/2012 | 5001 | Michael Kelly and Shirley Kelly | 2011 Hyundai Sonata montly settlement payment. Return on payment of 833.84, plus initial 10000 payment, for grand total of 13335.36, current balance 14,065.59, 9.8.12.  Cut a check to debtor in the amount of 833.84 to refund that amount which was 833.84 more than we agreed on. 9.10.12. | 1280-002 | ($833.84) | | $13,231.75 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $19.16 | $13,212.59 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.32 | $13,191.27 |

| | | | | **SUBTOTALS** | $13,335.36 | $144.09 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-48801 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9571 | | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***9572 | | | Account Title: | |
| For Period Beginning: | 12/3/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/23/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/13/2012 | | Citibank/Arthur G Jaros | Liquidation of Personal property for free standing pinball machine(200) 1977 MG Midget, (400) with to come)and property address-9431 S. Troy Evergreen Park IL. (5000) | * | $5,600.00 | | $18,791.27 |
| | {18} | | $200.00 | 1229-000 | | | $18,791.27 |
| | {15} | | $400.00 | 1241-000 | | | $18,791.27 |
| | {6} | | $5,000.00 | 1110-000 | | | $18,791.27 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.51 | $18,763.76 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.32 | $18,735.44 |
| 01/21/2013 | 5002 | Arthur G. Jaros, Jr. | Personal property for free standing pinball machine $200, 1977 MG Midget $400, and property address-9431 S. Troy Evergreen Park IL $5k. | 7200-000 | | $5,600.00 | $13,135.44 |
| 01/23/2013 | 5003 | Arthur G. Jaros, Jr. | Personal property for free standing pinball machine $200, 1977 MG Midget $400, and property address-9431 S. Troy Evergreen Park IL $5k. Court entered order compelling abandonment of the 9431 S. Troy Evergreen Park address. Debtor will increase offer on personal property to make it meaningful to the estate. Earnest money for Troy property returned due to entry of abandonment | 1110-000 | ($5,000.00) | | $8,135.44 |
| 01/23/2013 | 5002 | VOID: Arthur G. Jaros, Jr. | 5,000 earnest money deposit on Troy r/e | 7200-003 | | ($5,600.00) | $13,735.44 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $30.23 | $13,705.21 |
| 02/05/2013 | 5004 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $16.26 | $13,688.95 |
| 02/25/2013 | (15) | Arthur G. Jaros JR | 1977 MG Midget vehicle payment. | 1241-000 | $400.00 | | $14,088.95 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $27.05 | $14,061.90 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.69 | $14,039.21 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.92 | $14,017.29 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $24.07 | $13,993.22 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.39 | $13,972.83 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.54 | $13,950.29 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $23.96 | $13,926.33 |
| | | | **SUBTOTALS** | | $1,000.00 | $264.94 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-48801 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9571 | | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***9572 | | | Account Title: | |
| For Period Beginning: | 12/3/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/23/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $20.29 | $13,906.04 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.44 | $13,883.60 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $22.40 | $13,861.20 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $21.64 | $13,839.56 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.77 | $13,815.79 |
| 03/03/2014 | | Green Bank | Bank Service Fee for February | 2600-000 | | $20.13 | $13,795.66 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.82 | $13,774.84 |
| 04/01/2014 | 5005 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $11.72 | $13,763.12 |
| 06/10/2014 | 5006 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $2,183.54 | $11,579.58 |
| 06/10/2014 | 5007 | Bruce de 'Medici | Final  Account Number: ; Claim #: ; Dividend: 62.33; Amount Allowed: 21,632.50;  Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $8,579.58 | $3,000.00 |
| 06/10/2014 | 5008 | Arthur G. Jaros, Jr. | Final  Account Number: ; Claim #: 9; Dividend: 21.79; Amount Allowed: 3,000.00;  Notes:  (9-1) Pre- and Post-Petition Admin Exp Claim of Debtor&#039;s Ch 13 Attorney, see docket 207 agreeing to 3,000 for all compensation to Mr./ Jaros.; Account Number: ; | 3701-000 | | $3,000.00 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $13,926.33 |
|---|---|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-48801 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9571 | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***9572 | | Account Title: | |
| For Period Beginning: | 12/3/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/23/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $14,335.36 | $14,335.36 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $14,335.36 | $14,335.36 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $14,335.36 | $14,335.36 | |

| For the period of 12/3/2011 to 7/23/2014 | | For the entire history of the account between 03/20/2012 to 7/23/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $14,335.36 | Total Compensable Receipts: | $14,335.36 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,335.36 | Total Comp/Non Comp Receipts: | $14,335.36 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14,335.36 | Total Compensable Disbursements: | $14,335.36 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,335.36 | Total Comp/Non Comp Disbursements: | $14,335.36 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-48801 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | KELLY, MICHAEL T AND JUSTICE-KELLY, SHIRLEY | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9571 | | Checking Acct #: | ******0101 |
| Co-Debtor Taxpayer ID #: | **-***9572 | | Account Title: | |
| For Period Beginning: | 12/3/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/23/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $14,335.36 | $14,335.36 | $0.00 |

**For the period of 12/3/2011 to 7/23/2014**

| | |
|---|---|
| Total Compensable Receipts: | $14,335.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,335.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,335.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,335.36 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/30/2012 to 7/23/2014**

| | |
|---|---|
| Total Compensable Receipts: | $14,335.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $14,335.36 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $14,335.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14,335.36 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.